# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAFEAL ARLANDOS JACKSON,**
**Inmate # 166961**

    **Plaintiff,**

    vs.        Cause No. 04-CV-924 DRH

**JOE STEINHAUER, MEARL J.**
**JUSTUS, T.J. COLLINS, THOMAS**
**KNAPP, DETECTIVE TRICE,**
**DETECTIVE SMITH and**
**INVESTIGATOR BROWN,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----

    **NORBERT G. JAWORSKI, CLERK**

June 21, 2007    By:  s/Patricia Brown
        Deputy Clerk

APPROVED: /s/   David  RHerndon
    **U.S. DISTRICT JUDGE**